United States District Court
Southern District of Texas
**ENTERED**
September 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THOMAS MCCOOL, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00393 |
| | § | |
| ANDREW SAUL, COMMISSIONER | § | |
| OF THE SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On December 10, 2019, this case was referred to United States Magistrate Judge Andrew M. Edison. *See* Dkt. 4. On August 20, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 19) recommending that the plaintiff's motion for summary judgment (Dkt. 14) be granted and the defendant's motion for summary judgment (Dkt. 15) be denied.

No objections to the memorandum and recommendation have been filed. Accordingly, the court reviews the memorandum and recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly, the court:

(1)   approves and adopts Judge Edison's memorandum and recommendation (Dkt. 19) in its entirety as the holding of the court;

(2)   grants the plaintiff's motion for summary judgment (Dkt. 14); and

(3)   denies the defendant's motion for summary judgment (Dkt. 15).

Signed on Galveston Island on this, the 14th day of September, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE